# UNITED STATES DISTRICT COURT
for the

District of Alaska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| VINCE JAY BARCELON DELIGUIN | ) | Case No.  4:21-mj-00088-SAO |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   from 4/22 through 5/20, 2021   in the county of _____ in the _____ District of   ALASKA  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual Exploitation of a Minor |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Lisa Watson, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  September 21, 2021

_____
*Judge's signature*

City and state:   Fairbanks, Alaska     Scott A. Oravec, United States Magistrate Judge
*Printed name and title*