E. BRYAN WILSON
Acting United States Attorney

DANIEL E. DOTY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: daniel.doty@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 4:21-cr-00024-RRB-SAO |
|---|---|
| Plaintiff, | ) |
| | ) COUNT 1: |
| | ) SEXUAL EXPLOITATION OF A |
| vs. | ) MINOR |
| | )    Vio. of 18 U.S.C. § 2251(a) |
| VINCE JAY DELIGUIN, | ) |
| | ) COUNT 2: |
| Defendant. | ) COERCION OF A MINOR |
| | )    Vio. of 18 U.S.C. § 2422(b) |
| | ) |
| | ) COUNT 3: |
| | ) POSSESSION OF CHILD |
| | ) PORNOGRAPHY |
| | )    Vio. of 18 U.S.C. § 2252A(a)(5)(B) |
| | ) |

I N D I C T M E N T

    The Grand Jury charges that:

//

## COUNT 1

Between and on or about April 21, 2021 to May 19, 2021, in Kodiak, within the District of Alaska, the defendant, VINCE JAY DELIGUIN, did knowingly employ, use, persuade, induce, entice, and coerce VICTIM 1, a minor under the age of 18, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing that the visual depiction would be transported or transmitted using any means and facility of interstate and foreign commerce and that the visual depiction would be produced using materials that had been transported in and affecting interstate and foreign commerce.

All of which is in violation of 18 U.S.C. § 2251(a).

## COUNT 2

Between and on or about April 21, 2021 to May 19, 2021 in Kodiak, within the District of Alaska, the defendant, VINCE JAY DELIGUIN, did, using a facility and means of interstate and foreign commerce, knowingly persuade, induce, entice, and coerce VICTIM 1, an individual who he knew had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, including but not limited to Sexual Abuse of a Minor in the Second Degree in violation of Alaska Statute 11.41.436(a)(1)

All of which is in violation of 18 U.S.C. § 2422(b).

//
//

Page 2 of 3

Case 4:21-cr-00024-RRB   Document 14   Filed 11/19/21   Page 2 of 3

COUNT 3

Between and on or about April 21, 2021 to May 19, 2021 in Kodiak, within the District of Alaska, the defendant, VINCE JAY DELIGUIN, knowingly possessed any material containing an image of child pornography, as defined in 18 U.S.C. 2256(8)(A), that had been produced using materials that had been transported in and affecting interstate and foreign commerce, including by computer.

All of which is in violation of 18 U.S.C. § 2252A(a)(5)(B).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Christina Sherman for
DANIEL DOTY
Assistant U.S. Attorney
United States of America

s/ Christina Sherman for
E. BRYAN WILSON
Acting United States Attorney
United States of America

DATE: November 16, 2021