S. LANE TUCKER
United States Attorney

G. MICHAEL EBELL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: michael.ebell@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4:21-cr-00024-RRB-SAO |
| Plaintiff, | ) | |
| vs. | ) | |
| VINCE JAY DELIGUIN | ) | |
| Defendant. | ) | |

**CONDITIONAL OPPOSITION TO MOTION TO CONTINUE SENTENCING**

The United States conditionally opposes defendant's motion to continue sentencing. Defendant's motion does not articulate specific reasons to continue sentencing or propose a new date for sentencing. Without this information it is not clear whether the issues with the current date will be resolved at the time of a potential new sentencing date. The United

States is opposed unless these issues can be clarified.

The United States does not anticipate any victims or other members of the public will participate in sentencing. As a result, no one other than the parties have made plans specific to this sentencing date. However, this case involves a young victim, and their family has expressed a desire for it to be resolved and closed. They are apprised of the progress of the case, and each new date or continuance is difficult on them.

S. LANE TUCKER
United States Attorney

s/ G. Michael Ebell
G. MICHAEL EBELL
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2022,
a true and correct copy of the foregoing was
served electronically on the following:

Steven M. Wells

s/ G. Michael Ebell
Office of the U.S. Attorney

U.S. v. Deliguin
4:21-cr-00024-RRB-SAO			Page 2 of 2

Case 4:21-cr-00024-RRB   Document 49   Filed 07/07/22   Page 2 of 2