Steven M. Wells
Steven M. Wells, P.C.
431 W. 7th Ave.
Ste. 107
Anchorage, AK  99501
(907)279-3557
(907)279-3558 fax
steve@alaskalegaldefense.com

Attorney for Defendant

# United States District Court
## District of Alaska

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  v.<br><br>Vince Deliguin,<br><br>    Defendant. | Case No. 4:21-cr-024-RRB<br><br>Reply to Government Opposition |

 Mr. Deliguin has moved to continue his imposition of sentence for a brief period. The government has conditionally opposed, seeking further information about this request. Counsel has spoken with Mr. Deliguin about why he is requesting this brief continuance.

 In essence, Mr. Deliguin does not 'feel' ready to proceed. Primarily, he seeks additional time to talk further with his counsel. He believes that he would be more ready to proceed if he had further time to talk with his counsel. He raised two issues he would

like additional time to discuss with counsel, his allocution and §3553(a) factors, but admits there could be more issues to discuss.

    Counsel understands that the Court and the government likely wonder if this request is granted, will Mr. Deliguin seek to move this yet again. The answer to that question is "no" because as counsel for Mr. Deliguin, I am not going to request moving the imposition of sentence except in the event of an unanticipated occurrence that prevents me or Mr. Deliguin from being able to attend, such as illness or family emergency.

    Counsel for Mr. Deliguin has contacted the government regarding the reasons for Mr. Deliguin's request. In light of the reason for Mr. Deliguin's request, the government does not oppose a brief continuance. The parties would be available in August to conduct the imposition of sentence. Counsel for Mr. Deliguin would prefer August 12 or August 19.

    DATED this 8th day of July, 2022, at Anchorage, Alaska.

                                Steven M. Wells, PC
                                Attorneys for Defendant

                 By:    /s/ Steven M. Wells
                        Steven M. Wells
                        ABA #0010066

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served **electronically** this 8th day of July, 2022, on:

All Parties of Record

/s/ Steven M. Wells .
Steven M. Wells, PC

*United States v. Vince Deliguin*
Case No. 4:21-cr-024-RRB
Reply to Government Opposition
Page 2 of 2