S. LANE TUCKER
United States Attorney

MICHAEL EBELL
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK   99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: michael.ebell@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff<br><br>   v.<br><br>VINCE JAY DELIGUIN,<br><br>   Defendant. | Case No. 4:21-cr-00024-RRB-SAO |

**MOTION FOR VICTIM COORDINATOR TO APPEAR TELEPHONICALLY**

COMES NOW the United States of America, by and through undersigned counsel, and respectfully files this Motion for Victim Coordinator to Appear Telephonically in the above-entitled case. The Imposition of Sentence is currently set for August 12, 2022, at 1:15 pm in Fairbanks Courtroom 1. Participation in the hearing will assist the Victim Coordinator to continue to correspond with and inform the victim in the case.

//

//

//

RESPECTFULLY SUBMITTED this 20th day of July 2022, in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

s/ *Michael Ebell*
MICHAEL EBELL
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2022, a true and correct copy of the foregoing was served electronically on the following:

Steven M. Wells

s/ *Michael Ebell*
Office of the U.S. Attorney

U.S. v. Deliguin
4:21-cr-00024-RRB-SAO  Page **2** of **2**
Case 4:21-cr-00024-RRB   Document 53   Filed 07/20/22   Page 2 of 2