Steven M. Wells
Steven M. Wells, P.C.
431 W. 7th Ave.
Suite 107
Anchorage, AK  99501
(907)279-3557
(907)279-3558 fax
steve@stevenmwellslaw.com

CJA Attorney for Defendant

# United States District Court
## District of Alaska

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  v.<br><br>Vincent Deliguin,<br><br>    Defendant. | Case No. 4:21-cr-024-RRB<br><br>Affidavit Supporting Expedited Consideration |

Steven M. Wells hereby testifies as follows:

I am an attorney duly licensed in the State of Alaska and in the District of Alaska;

I represent Mr. Vincent Deliguin in this matter;

This court has set an imposition of sentence for August 12, 2022;

Mr. Deliguin's family has asked that I seek to continue that hearing because they want to file letters of support but have not been able to do so for reasons listed in the motion;

This motion is filed on an expedited basis because of the time involved;

Pursuant to applicable local rules, counsel has notified the clerk of court that he has filed an expedited motion.

DATED this 8th day of August, 2022, at Anchorage, Alaska.

        Steven M. Wells, PC
        Attorneys for Defendant

By:   /s/ Steven M. Wells  .
      Steven M. Wells
      ABA #0010066

CERTIFICATE OF SERVICE

I certify that on August 8, 2022
I served a copy of this affidavit
Electronically on:

All parties of record

/s/ Steven M. Wells  .
Steven M. Wells, PC

*United States v. Deliguin*
Case No. 4:21-cr-024-RRB
Affidavit for Expedited Consideration
Page 2 of 2