S. LANE TUCKER
United States Attorney

G. MICHAEL EBELL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: michael.ebell@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>VINCE JAY DELIGUIN,<br><br>    Defendant. | No. 4:21-cr-00024-RRB-SAO |

**OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE SENTENCING AT DOCKET 59**

      The United States respectfully submits this response to defendant Vince Deliguin's Motion to Continue Sentencing at Docket 59. The United States opposes the continuance. Sentencing was originally set for May 6, 2022. Dkt 37. This was continued by non-opposed request of the defendant and set for June 3, 2022. Dkt. 43 & 44. This was continued again by non-opposed request of the defendant. Dkt. 46 & 47. This was further continued by motion of the defendant, which was conditionally opposed by the United States and granted

after the defendant's reply. Dkts. 48-52.

At each of these continuances the victim's family is contacted by the Victim-Witness Coordinator for the US Attorney's Office. They express a desire for this case to be closed and resolved, and that continued contact causes them dismay. Now the defendant comes before the Court requesting a brief continuance to gather further letters of support. The United States accepts that the request is for a short period of time but opposes the continuance. The victims have an interest in timely resolution of this case, and the continuances themselves, even more than the delay in time, continue to cause them harm.

If the Court grants the request, the government requests that the sentencing not be set from September 1 through September 12, due to unavailability of undersigned counsel.

RESPECTFULLY SUBMITTED August 8, 2022 at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

/s G. Michael Ebell
G. MICHAEL EBELL
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2022
a true and correct copy of the foregoing
was served electronically on:

Steven Wells

/s G. Michael Ebell
Office of the U.S. Attorney

U.S. v. Deliguin
4:21-cr-00024-RRB-SAO      Page 2 of 2